SO. CAL EQUAL ACCESS GROUP
Jason J. Kim, SBN 190246
John Y. Kim, SBN 225248
Roland Au, SBN 270085
101 S. Western Avenue, Second Floor
Los Angeles, CA  90004
Telephone:   (213) 252-8008
Facsimile:    (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff
ABIGAIL DIAZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL DIAZ,<br><br>                Plaintiff,<br><br>     v.<br><br>CHUNG WORLD CORPORATION d/b/a QUANG MINH SUPERMARKET; and DOES 1 through 10,<br><br>                Defendants. | CASE NO.: 8-16-cv-02059-JLS (JCGx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Complaint filed:  November 15, 2016 |

**PLEASE TAKE NOTICE** that Plaintiff ABIGAIL DIAZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)   *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant CHUNG WORLD CORPORATION d/b/a QUANG MINH SUPERMARKET has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: February 10, 2017        SO. CAL EQUAL ACCESS GROUP

                                            */s/ Roland Au*
                                            ROLAND AU
                                            Attorney for Plaintiff
                                            ABIGAIL DIAZ